1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CORY DAVID LATOUR,                          No.  2:23-cv-2791 CKD P

12                    Petitioner,

13           v.                                   ORDER

14    PFEIFFER,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20   will be provided the opportunity to either submit the appropriate affidavit in support of a request

21   to proceed in forma pauperis or submit the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25   failure to comply with this order will result in a recommendation that this action be dismissed;

26   and

27   /////

28   /////

                                                 1

1    2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2   form used by this district.

3   Dated:  December 7, 2023

4                                                              _____
                                                              CAROLYN K. DELANEY
5                                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11   12/lato2791.101a

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2